**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 47 MAL 2019

:

Respondent                 :

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

v.                     :

:

:

SEAN M. DONAHUE,        :

:

Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 9th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.